IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ANDRES ALVAREZ SOLANO<br><br>Petitioner,<br><br>vs.<br><br>WARDEN/FACILITY, *Administrator, Moshannon Valley ICE Processing Center*, et al.,<br><br>Respondents, | ) | 3:26-CV-01787-MJH |

**ORDER**

Respondents have filed a Response to Petition representing that Petitioner presently has access to an individualized bond hearing under § 1226(a) in the immigration court. ECF No. 6. Respondents report that a bond hearing was set for September 10, 2026; however, counsel for Petitioner withdrew the request for a hearing on that date. ECF No. 6-2. 6-3 The Immigration Judge stated that Petitioner may renew his request for a bond hearing, with supporting documents, when he is ready. ECF No. 6-3. The Court agrees with Respondents that the Petition should be dismissed as moot, because Petitioner has access to a bond hearing in the immigration court under § 1226(a).

Accordingly, IT IS HEREBY ORDERED that the Petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

Marilyn J. Horan
United States District Judge

JOSE ANDRES ALVAREZ SOLANO
A246234694
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866